# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

| | |
|---|---|
| JOHN JONES AND TANYA JONES,<br><br>Respondents<br><br>v.<br><br>ERIE INSURANCE EXCHANGE,<br><br>Petitioner | : No. 253 WAL 2022<br>:<br>:<br>:<br>: Petition for Allowance of Appeal<br>: from the **Published Opinion and**<br>: **Order** of the Superior Court at No.<br>: 690 WDA 2020, at 282 A.3d 1139<br>: (Pa. Super. 2022) entered on<br>: September 7, 2022, **reversing and**<br>: **remanding** the Judgment of the<br>: Erie County Court of Common Pleas<br>: at No. 11527-2019 entered on June<br>: 30, 2020 |

## ORDER

**PER CURIAM**

    **AND NOW**, this 23rd day of April, 2024, the Petition for Allowance of Appeal is **GRANTED**, the Superior Court's order is **VACATED**, and this matter is **REMANDED** to the Superior Court for further proceedings consistent with *Rush v. Erie Insurance Exchange*, ___ A.3d ___, 2024 WL 316407 (Pa. filed Jan. 29, 2024).